UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    *Plaintiff*,

  v.

U.S. DEPARTMENT OF STATE,

    *Defendant*.

Civil Action No. 17-1651 (JEB)

**JOINT PROPOSED SCHEDULE FOR DOCUMENT
PRODUCTION AND FURTHER PROCEEDINGS**

In response to the Court's September 20, 2017 Minute Order directing the parties to meet and confer on the matter, the parties hereby submit the following joint proposed schedule for document production and further proceedings. A proposed order is attached.

**Background**

Plaintiff Judicial Watch, Inc., brought an action against Defendant U.S. Department of State ("State") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). On June 20, 2017, Judicial Watch submitted a FOIA request to State seeking the following records:

> All emails which mention protections for Israel in the Trade Facilitation and Trade Enforcement Act of 2015, and were sent between [State] and any of the following groups: Act Now to Stop War and End Racism, Al-Awda, the Council on American-Islamic Relations, Friends of Sabeel-North America, If Americans Knew, the International Solidarity Movement, Jewish Voice for Peace, the Muslim American Society, Students for Justice in Palestine, or the US Campaign to End the Israeli Occupation (the "BDS Groups").
>
> All internal [State] emails discussing the efforts of the BDS Groups to limit protections for Israel in the Trade Facilitation and Trade Enforcement Act of 2015.

Compl. ¶ 5 (ECF No. 1). State acknowledged receipt of Judicial Watch's request on July 10, 2017, and assigned the request Tracking Number F-2017-12938. *Id.* ¶ 7. Plaintiff filed the

Complaint on August 15, 2017.  State filed an Answer to the Complaint on September 20, 2017.  ECF No. 6.

## Status of the Request and Proposed Production Schedule

State is currently conducting searches to identify documents potentially responsive to Plaintiff's request.  Because the search is not yet complete, State is unable at provide an estimate of the number of potentially responsive documents that will require further review, the number of releases that will be necessary, or how long it will take State to finish processing the records for release.  By October 31, 2017, State shall make a first interim release of responsive records.  State will make subsequent productions of any additional responsive records on November 30, 2017, and January 11, 2018.  By January 18, 2018, the parties shall file a Joint Status Report informing the Court of the status of production and proposing a further schedule as necessary.

Dated: October 4, 2017                                    Respectfully submitted,

 *s/ Chris Fedeli*                                              JESSIE K. LIU
Chris Fedeli                                                    D.C. Bar 472845
DC Bar No. 472919                                               United States Attorney
**JUDICIAL WATCH, INC.**
425 Third Street SW, Suite 800                                  DANIEL F. VAN HORN
Washington, DC 20024                                            D.C. Bar 924092
cfedeli@judicialwatch.org                                       Chief, Civil Division
(202) 646-5172
                                                                 *s/ Daniel P. Schaefer*
*Counsel for Plaintiff*                                         DANIEL P. SCHAEFER
                                                                D.C. Bar 996871
                                                                Assistant United States Attorney
                                                                555 4th Street, N.W.
                                                                Washington, D.C. 20530
                                                                Tel: (202) 252-2531
                                                                E-mail: Daniel.Schaefer@usdoj.gov

                                                                *Counsel for Defendant*