# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　*Defendant*. | Civil Action No. 17-1651 (JEB) |

## JOINT STATUS REPORT

In response to the Court's October 4, 2017, Minute Order, the parties have conferred and file this joint status report. By way of background, Plaintiff Judicial Watch, Inc., brought this FOIA action against Defendant U.S. Department of State ("State") seeking records about communications from supporters of the "BDS" campaign about protections for Israel in the Trade Facilitation and Trade Enforcement Act of 2015.

State completed its searches in this case by October 31, 2017, and located no responsive records, a determination State communicated by letter to Judicial Watch. Subsequently, the parties began discussions about resolving any remaining disputes over the adequacy of the search for records, and exchanged information about the scope of the search and the necessity of any potential additional searches. The parties have made progress during these discussions and believe that further time to discuss these issues may resolve this lawsuit without the need for further litigation, saving both the parties' and the Court's time.

Accordingly, the parties respectfully request that they be permitted to file a further joint status report no later than March 21, 2018, updating the Court on the status of negotiations (if a

stipulation of dismissal has not yet been filed) and proposing a further schedule if necessary. A proposed order is attached.

Dated: January 18, 2018

Respectfully submitted,

 *s/ Chris Fedeli*  
Chris Fedeli  
DC Bar No. 472919  
**JUDICIAL WATCH, INC.**  
425 Third Street SW, Suite 800  
Washington, DC 20024  
cfedeli@judicialwatch.org  
(202) 646-5172

*Counsel for Plaintiff*

JESSIE K. LIU  
D.C. Bar 472845  
United States Attorney

DANIEL F. VAN HORN  
D.C. Bar 924092  
Chief, Civil Division

 *s/ Daniel P. Schaefer*  
DANIEL P. SCHAEFER  
D.C. Bar 996871  
Assistant United States Attorney  
555 4th Street, N.W.  
Washington, D.C. 20530  
Tel: (202) 252-2531  
E-mail: Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>        *Defendant*. | Civil Action No. 17-1651 (JEB) |

**[PROPOSED] ORDER**

In light of the parties' joint status report, the parties are directed to file a further joint status report discussing, *inter alia*, a recommendation for further proceedings, on or before March 21, 2018, if a stipulation of dismissal has not yet been filed by that date.

**SO ORDERED.**

_____                    _____
Date                                                                  United States District Judge